UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANA LAMBETH-GREER,
GENERAL GUARDIAN TO
MINOR CHILD DOE (A.G.),            Case No. 21-cv-10752

           Plaintiff,            Paul D. Borman
                                           United States District Judge

v.

FARMINGTON PUBLIC SCHOOLS,
EMILIE LOK JORDAN, ROBERT
HERRERA, and CURRENT
FARMINGTON PUBLIC SCHOOLS
SUPERINTENDENT,

           Defendants.
_____/

## JUDGMENT

For the reasons stated in an Opinion and Order issued this same day, it is **ORDERED AND ADJUDGED** that Defendants' Motion for Summary Judgment is **GRANTED IN PART** and **DENIED IN PART**, with Plaintiff's federal claims **DISMISSED WITH PREJUDICE**, and Plaintiff's state law claims **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED.

Dated: October 19, 2023                      s/Paul D. Borman
                                                                Paul D. Borman
                                                                United States District Judge